PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTRESS FIRM, INC., a Delaware Corporation d/b/a www.mattressfirm.com; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02930-PA-AS<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Complaint Filed: March 3, 2023 |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that a request for dismissal will be filed within sixty (60) days of the date of this Notice.

Dated: May 4, 2023                                      PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
     Scott J. Ferrell
     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                               */s/ Scott J. Ferrell Esq.*
                                               Scott J. Ferrell, Esq.